**Affirmed and Memorandum Majority and Concurring Opinions filed March 9, 2023.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-21-00537-CV

---

### ILIA FARD, Appellant

### V.

### ZEINAB HAJIZADEH, Appellee

---

**On Appeal from the 312th District Court
Harris County, Texas
Trial Court Cause No. 2019-85225**

---

### MEMORANDUM CONCURRING OPINION

While I concur in this court's judgment and otherwise join the majority opinion, Husband did not timely preserve a complaint for appellate review regarding the trial court's granting of his counsel's amended unopposed motion to withdraw because Husband signed the motion, indicating that he "agreed and approved." *See* Tex. R. App. P. 33.1(a) (preservation of appellate complaints). While Husband's motion for new trial contains seven pages discussing his

counsel's withdrawal, Husband does not argue that his signature on the amended unopposed motion to withdraw was not consensual. Accordingly, he waived that issue.


/s/    Charles A. Spain
        Justice

Panel consists of Justices Zimmerer, Spain, and Hassan (Hassan, M., majority).